In the Matter of GRADE CROSSING AND TERMINAL STATION COMMISSION OF CITY OF BUFFALO, Respondent, Relative to Grade Crossing of Clinton Street.

CITY OF BUFFALO, Appellant; DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Respondent.

Argued September 27, 1937; decided October 12, 1937.

*Gregory U. Harmon, Corporation Counsel* (*Jeremiah J. Hurley* of counsel), for appellant.

*Louis L. Babcock* for Delaware, Lackawanna and Western Railroad Company, respondent.

*DeWitt Clinton, II,* and *DeWitt Clinton* for Grade Crossing and Terminal Station Commission of the City of Buffalo, respondent.

Order affirmed, with costs. First question certified not answered. Second question certified answered in the negative. Third question certified answered in the affirmative. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.